IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **LETICIA G. ANDREWS,** )<br>)<br>    Plaintiff,   )<br>)<br>    v.   )<br>)<br>**MEDICAL DATA SYSTEMS,** )<br>**INC., etc.,** )<br>)<br>    Defendant.   ) | CIVIL ACTION NO.<br>1:06cv729-MHT<br>(WO) |

## JUDGMENT

Pursuant to the joint stipulation of dismissal with prejudice (Doc. No. 71), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice as to all claims.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 20th day of June, 2008.

           /s/ Myron H. Thompson           
UNITED STATES DISTRICT JUDGE